RRH
12/13/17

SW&PM/USAO#201700667

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2017 DEC 14 PM 3:50

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. GLR-17-0658 |
| v. | * | |
| DERIYAN LASHARNIQUE WOODSON, | * | (Kidnapping of a Minor, 18 U.S.C. §§ 1201(a) (1) and (g)(B)(ii)) |
| Defendant | * | |

*******

## INDICTMENT

The Grand Jury for the District of Maryland charges that:

### COUNT ONE
(Kidnapping))

1. The defendant, **DERIYAN LASHARNIQUE WOODSON** (hereinafter "**WOODSON**"), born in 1994, was a resident of Florida.

2. The victim of the offense described herein had not attained the age of 18 years and was a minor female (hereinafter "Minor Female").

3. In or about May 2017, **WOODSON** and Minor Female began communicating through various social media websites. **WOODSON** and Minor Female subsequently met in person and began a relationship.

4. On or about July 21, 2017, Minor Female traveled to Maryland to stay with a family member. Minor Female remained in contact with **WOODSON** via cell phone and social media applications.

5. At some point, **WOODSON** became jealous and angry at Minor Female. **WOODSON** demanded the Minor Female return to Florida. When the Minor Female stopped communicating with **WOODSON**, **WOODSON** made a plan to travel to Maryland to kidnap the Minor Female.

6. **WOODSON** drove from Florida to Maryland, arriving on or about July 30, 2017.

7. On or about July 30, 2017, **WOODSON** drove to the residence where the Minor Female was staying. **WOODSON** assaulted persons in the house and then abducted the Minor Female at knife and gunpoint.

8. During the abduction, **WOODSON** stabbed the Minor Female with a knife and hit her with a gun.

9. On July 31, 2017, the police arrested **WOODSON** at a Holiday Inn in Elkridge, Maryland and recovered Minor Female.

### The Charge

10. On or about July 29, 2017, and continuing through on or about July 31, 2017, in the District of Maryland, the Middle District of Florida, and elsewhere, the defendant,

**DERIYAN LASHARNIQUE WOODSON,**

did unlawfully and willfully seize, confine, inveigle, decoy, kidnap, abduct and carry away and hold for any reason a person and, in committing and in furtherance of the commission of the offense, traveled in interstate commerce from Florida to Maryland and used a means, facility, and instrumentality of interstate or foreign commerce, and the victim of the offense had not attained the age of 18 years and the defendant had attained the age of 18 years and was not otherwise a person defined in Title 18, United States Code, Section 1201(g)(B)(ii).

18 U.S.C. §§ 1201(a)(1), 1201(g)(B)(ii)

_____
Stephen M. Schenning
Acting United States Attorney

**SIGNATURE REDACTED**

Foreman
Date: December 14, 2017